

1:22-cv-01133-PAB-SKC

Everett v. Bollinger-Everett

More Time Required

This is the response to document, number 13
i come in peace, noncombatant, non-belligerant
having received this document on 27 June 2022, which requests Order To Show Cause to be due on 01 July 2022, not enough time has been given; i will require more time to gather all the documents necessary for the upcoming hearing; on document number 8, this case was reassigned to Chief Judge Philip A. Brimmer for all further proceedings; document number 13 shows the request for Order To Show Cause from Magistrate Judge S. Keto Crews, of which i was not made aware beforehand would be involved in this case; my wish is for more time to gather all the necessary documents for this tort claim for which i will file on the court record by 25 July 2022, 4:30pm MST.

i affirm that a copy of this response to document number 13 will be sent via United States Post Office to Mandy Rae Bollinger-Everett, 312 Reed Street, Lakewood, Colorado 80226.

by: Andrew-derek: Everett.    by: Andrew-derek: Everett.    by: Andrew-derek: Everett.
:Andrew-derek: Everett.
In care of 3278 South Wadsworth Boulevard
Unit 1-138
Lakewood, Colorado

: Andrew-dereki Everett.
: Copy / Copy-Claim
: 28 June 2022

**Other Orders/Judgments**
1:22-cv-01133-PAB-SKC Everett v. Bollinger-Everett

ALLMTN,JD1,NP ProSe

U.S. District Court - District of Colorado

District of Colorado

**Notice of Electronic Filing**

The following transaction was entered on 6/23/2022 at 12:32 PM MDT and filed on 6/23/2022
Case Name:      Everett v. Bollinger-Everett
Case Number:    1:22-cv-01133-PAB-SKC
Filer:
Document Number: 13(No document attached)

Docket Text:
**ORDER TO SHOW CAUSE RETURNABLE BY PLAINTIFF. In anticipation of the Rule 16 pretrial conference, the Court takes up this matter *sua sponte*. A federal court must satisfy itself as to its jurisdiction, even if doing so requires *sua sponte* action. *Citizens Concerned for Separation of Church & State v. City & Cnty. of Denver*, 628 F.2d 1289, 1297 (10th Cir. 1980). Federal courts are courts of limited jurisdiction, possessing only that power authorized by the Constitution and statute. *Caballero v. Fuerzas Armadas Revolucionarias de Colombia*, 945 F.3d 1270, 1273 (10th Cir. 2019). The party invoking a federal court's jurisdiction bears the burden of establishing subject-matter jurisdiction. *Id*. A court lacking jurisdiction cannot render judgment but must dismiss the cause at any stage of the proceedings in which it becomes apparent that jurisdiction is lacking. *Id*. Here, while Plaintiff alleges that this matter arises out of Executive Order 13798 Section 4, 82 Federal Regulation 21675, and Article 1 of the Bill of Rights, the case pertains to the dissolution of marriage pending in Colorado state court, which the Court has no jurisdiction over. Accordingly, it is ORDERED that Plaintiff shall show cause as to why the Court should not recommend this matter be dismissed, with prejudice for lack of subject matter jurisdiction. Plaintiffs response to the show cause order is due no later than 7-1-2022. SO ORDERED by Magistrate Judge S. Kato Crews on 6-23-2022. Text Only Entry (skclc2).**

1:22-cv-01133-PAB-SKC Notice has been electronically mailed to:

1:22-cv-01133-PAB-SKC Notice has been mailed by the filer to:

Andrew Derek Everett
3278 South Wadsworth Boulevard
Unit 1-138
Lakewood, CO 80227


RECEIVED
JUN 2 7 REC'D
By: Andrew derek Everett