IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Charlotte N. Sweeney

Civil Action No. 1:22-cv-01133-CNS-SKC

ANDREW DEREK EVERETT,

    Plaintiff,

v.

MANDY RAE BOLLINGER-EVERETT,

    Defendant.

## ORDER

    Before the Court is the Report and Recommendation by United States Magistrate Judge S. Kato Crews issued on January 19, 2023, recommending that Defendant's Motion to Dismiss Plaintiff's Amended Complaint be granted. (ECF Nos. 5, 18, 30). For the following reasons, the Court AFFIRMS and ADOPTS the Recommendation.

    The parties were advised that they had fourteen days, after being served with a copy of the Recommendation, to file written objections in order to obtain reconsideration by the District Judge assigned to the case. *See* Fed. R. Civ. P. 72(b). Neither party has filed an objection to Magistrate Judge Crews's Recommendation.

    Under 28 U.S.C. § 636(b)(1)(B), this Court may designate a magistrate judge to consider dispositive motions and submit recommendations to the Court. When a magistrate judge submits a recommendation, the Court must "determine de novo any part of the magistrate judge's

1

[recommended] disposition that has been properly objected to." Fed. R. Civ. P. 72(b)(3). A party's failure to file such written objections may bar the party from a de novo determination by the District Judge of the proposed findings and recommendations. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). When this occurs, the Court is "accorded considerable discretion" and "may review a magistrate's report under any standard it deems appropriate." *Summers v. State of Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas*, 474 U.S. at 150).

After reviewing all the relevant pleadings, the Court concludes that Magistrate Judge Crews's analysis was thorough and comprehensive, the Recommendation is well-reasoned, and the Court finds no clear error on the face of the record. Accordingly, the Court AFFIRMS and ADOPTS Magistrate Judge Crews's Recommendation as an Order of this Court. (ECF No. 30). Defendant's motion to dismiss is GRANTED. (ECF No. 18)

It is FURTHER ORDERED that Plaintiff's Amended Complaint is DISMISSED. (ECF No. 5).

It is FURTHER ORDERED that the Clerk of the Court is directed to close this case.

DATED this 7th day of February 2023.

BY THE COURT:

_____
Charlotte N. Sweeney
United States District Judge